UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                         No.   **4:19 CR 118 RLW PLC**

ANTONIO M. BURNS,

Defendant.

## **MOTION FOR PRETRIAL DETENTION AND HEARING**

Comes now the United States of America and moves the Court to continue defendant's dentition pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.  As and for its grounds, the Government states as follows:

As and for its grounds, the Government states as follows:

1. Defendant is charged with being a felon in possession of a firearm, in Title 18, United State Code, Section 922(g).

2. Pursuant to Title 18, United States Code, Section 3142(g),

(a) the weight of the evidence against defendant;

(b) defendant's history and characteristics which include defendant's prior felony convictions; and

(c) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release warrant defendant's detention pending trial.

3. There is a serious risk that the defendant will flee;

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

        Respectfully submitted,

        JEFFREY B. JENSEN
        United States Attorney

        *s/Thomas Rea*
        THOMAS REA, #53245MO
        Assistant United States Attorney